

# NUMBER 13-11-00549-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE RISING STARS THERAPY CENTER, LLC

## On Petition for Writ of Mandamus.

# MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Rodriguez and Garza
### Memorandum Opinion Per Curiam[1]

Relator, Rising Stars Therapy Center, LLC, filed a petition for writ of mandamus on August 24, 2011. The Court requested and received a response to the petition for writ of mandamus from the real parties in interest. Relator has now filed an unopposed motion for remand in aid of settlement.

The Court, having examined and fully considered the unopposed motion for remand, is of the opinion that the motion should be granted. Accordingly, we LIFT the

---

[1] See TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

stay previously imposed in this matter.  We DISMISS this original proceeding without regard to the merits.

PER CURIAM

Delivered and filed the 25th
day of October, 2011.